%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Federal Insurance Company
A/S/O Russell & Rebecca Ray
v.

Richard Cumbie
and
Tony Barone Plumbing + Heating

FILED
IN CLERKS OFFICE
2005 FEB 16 P 3:14
U.S. DISTRICT COURT
DISTRICT OF MASS

SUMMONS IN A CIVIL CASE

CASE NUMBER:

05  10164  JLT

TO: (Name and address of Defendant)

Richard Cumbie
9 West Dover Street
Nantucket Massachosetts

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T Loftus III, Esq.
9 Park Street, #500
Boston MA 02108
617-723-7770

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

1/27/2005

CLERK                                                    DATE

_____
(By) DEPUTY CLERK

⬥AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | February 7, 2005 |
| NAME OF SERVER (PRINT) Robert R Reardon Sr | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): In hand to Bertyl V Johnson, Esq. 62 Old South Rd Nantucket, Bertyl V Johnson is the attorney for defendant Richard Crumbie and accepted service for him. Defendant is in Florida till 2/26/05

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/7/05
                Date

Signature of Server

N.E. Constables
77 KX  L St. Boston, MA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.