%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Federal Insurance Company
a/s/o Russell v. Rebecca Ray

V

Richard Combie
AND
Tony Barone Plumbing + Heating

FILED
IN CLERKS OFFICE
2005 FEB 16 PM 12
U.S. DISTRICT COURT
DISTRICT OF MASS

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 - 10164 JLT

TO: (Name and address of Defendant)

Tony Barone Plumbing and Heating
11 Rudder Lane
Nantucket, MA 02554

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick J Loftus III, Esq.
9 Park St, #500
Boston MA 02108        617-723-7770

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    1/31/2005

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 5, 2005 |
| NAME OF SERVER (PRINT) Robert R Reardon Jr | TITLE Constable |

Check one box below to indicate appropriate method of service

☒ Served personally the third-party defendant. Place where served: In hand to Tony Bevone at 11 R. Chase Nantucket MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing in.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted. _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/05/05        *Robert R. Reardon Jr* (signature)
             Date            Signature of Server

N.E. Constalbes
77 L St. Boston, MA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.