UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL INSURANCE COMPANY )
as Subrogee of Russell and Rebecca Ray )
    PLAINTIFF )
   )
VS. ) CIVIL ACTION
) NO. 05-10164 JLT
RICHARD CUMBIE & )
TONY BARONE PLUMBING AND HEATING )
    DEFENDANTS )

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for TONY BARONE PLUMBING AND HEATING, defendant in the above-referenced action.

        ANTHONY M. BARONE D/B/A
        TONY BARONE PLUMBING AND HEATING
        BY HIS ATTORNEY:

        _____
        Peter A. Palmer, Esquire
        Fuller, Rosenberg, Palmer & Beliveau, LLP
        340 Main Street, Suite 817
        Worcester, MA 01608
        (508) 751-5115
March 2, 2005      BBO #551117

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the parties to this action by mailing a copy thereof, first class, postage prepaid, to the following counsel of record:

Patrick J. Loftus, III, Esquire  Mr. Richard Cumbie
9 Park Street, Suite 500         9 West Dover Street
Boston, MA 02108                 Nantucket, MA 02554

_____
Peter A. Palmer, Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608
(508) 751-5115
BBO #551117

March 2, 2005