UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>as Subrogee of Russell and Rebecca Ray<br>    PLAINTIFF<br><br>VS.<br><br>RICHARD CUMBIE<br>    DEFENDANT &<br>TONY BARONE PLUMBING AND HEATING<br>    DEFENDANT/THIRD PARTY<br>    PLAINTIFF<br><br>VS.<br><br>RICHARD TRAVAGLIONE<br>KENNETH CROSS &<br>GLENN SPEER<br>    THIRD PARTY DEFENDANTS | )<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 05-10164 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## THIRD PARTY COMPLAINT & CLAIM OF JURY TRIAL

### COUNT I

1. Third party plaintiff, ANTHONY M. BARONE d/b/a TONY BARONE PLUMBING AND HEATING, has a usual place of business in Nantucket, Nantucket County, Massachusetts.

2. Third party defendant, RICHARD TRAVAGLIONE, is an individual residing at 66 Surfside Road, Nantucket, Nantucket County, Massachusetts.

3. The third party plaintiff has been sued in the United States District Court for the District of Massachusetts, Civil Action No. 05-10164, by the plaintiff in said action who alleges that the negligence of the defendant/third party plaintiff caused the plaintiff's insured to suffer property damage.

4. If the plaintiff's insured suffered damages as alleged in the complaint, said damages were caused by the negligence of the third party defendant, RICHARD TRAVAGLIONE, his agents, servants or employees.

5. In the event a finding or judgment enters in favor of the plaintiff, FEDERAL INSURANCE COMPANY, Subrogee, against the defendant/third party plaintiff, ANTHONY M. BARONE D/B/A TONY BARONE PLUMBING AND HEATING, then the third party defendant, RICHARD TRAVAGLIONE, is liable to indemnify the third party plaintiff or in the alternative, is liable to the third party plaintiff as a joint tortfeasor.

## COUNT II

6. Third party plaintiff, ANTHONY M. BARONE d/b/a TONY BARONE PLUMBING AND HEATING, has a usual place of business in Nantucket, Nantucket County, Massachusetts.

7. Third party defendant, KENNETH CROSS, is an individual residing at 292 4th Street South, Naples, Florida.

8. The third party plaintiff has been sued in the United States District Court for the District of Massachusetts, Civil Action No. 05-10164, by the plaintiff in said action who alleges that the negligence of the defendant/third party plaintiff caused the plaintiff's insured to suffer property damage.

9. If the plaintiff's insured suffered damages as alleged in the complaint, said damages were caused by the negligence of the third party defendant, KENNETH CROSS, his agents, servants or employees.

10. In the event a finding or judgment enters in favor of the plaintiff, FEDERAL INSURANCE COMPANY, Subrogee, against the defendant/third party plaintiff, ANTHONY M. BARONE D/B/A TONY BARONE PLUMBING AND HEATING, then the third party defendant, KENNETH CROSS, is liable to indemnify the third party plaintiff or in the alternative, is liable to the third party plaintiff as a joint tortfeasor.

## COUNT III

11. Third party plaintiff, ANTHONY M. BARONE d/b/a TONY BARONE PLUMBING AND HEATING, has a usual place of business in Nantucket, Nantucket County, Massachusetts.

12. Third party defendant, GLENN SPEER, is an individual residing at 12 Somerset Lane, Nantucket, MA.

13. The third party plaintiff has been sued in the United States District Court for the District of Massachusetts, Civil Action No. 05-10164, by the plaintiff in said action who alleges that the negligence of the defendant/third party plaintiff caused the plaintiff's insured to suffer property damage.

14. If the plaintiff's insured suffered damages as alleged in the complaint, said damages were caused by the negligence of the third party defendant, GLENN SPEER, his agents, servants or employees.

15. In the event a finding or judgment enters in favor of the plaintiff, FEDERAL INSURANCE COMPANY, Subrogee, against the defendant/third party plaintiff, ANTHONY M. BARONE D/B/A/ TONY BARONE PLUMBING AND HEATING, then the third party defendant, GLENN SPEER, is liable to indemnify the third party plaintiff or in the alternative, is liable to the third party plaintiff as a joint tortfeasor.

WHEREFORE, the third party plaintiff, ANTHONY M. BARONE D/B/A TONY BARONE PLUMBING AND HEATING, demands judgment against the third party defendants for whatever amount the plaintiff, FEDERAL INSURANCE COMPANY, may recover in its action against the defendant.

AND FURTHER, the third party plaintiff, ANTHONY M. BARONE D/B/A TONY BARONE PLUMBING AND HEATING, claims a trial by jury on all the issues.

ANTHONY M. BARONE D/B/A
TONY BARONE PLUMBING AND HEATING
BY HIS ATTORNEY:

_____
Peter A. Palmer, Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608
(508) 751-5115
BBO #551117

March 2, 2005