UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 11  P 12: 37

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>as Subrogee of Russell and Rebecca Ray<br>PLAINTIFF<br><br>VS.<br><br><br>RICHARD CUMBIE &<br>TONY BARONE PLUMBING AND HEATING<br>DEFENDANTS | )<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 05-10164 JLT<br>)<br>)<br>)<br>) |

### ANSWER & CLAIM OF JURY TRIAL OF CROSSCLAIM DEFENDANT, TONY BARONE PLUMBING AND HEATING TO CROSSCLAIM OF RICHARD CUMBIE

1. Crossclaim defendant admits the allegations contained in paragraph 1 of Crossclaim.

2. Crossclaim defendant admits the allegations contained in paragraph 2 of Crossclaim.

3. Crossclaim defendant denies the allegations contained in paragraph 3 of Crossclaim.

4. Crossclaim defendant denies the allegations contained in paragraph 4 of Crossclaim.

### FIRST DEFENSE

And further answering, the crossclaim defendant says that the Crossclaim fails to set forth facts constituting a cause of action, and therefore the crossclaim plaintiff cannot recover.

### SECOND DEFENSE

And further answering, the crossclaim defendant says that the negligence of the crossclaim plaintiff caused or contributed to the incident and damages alleged, and therefore the crossclaim plaintiff cannot recover from the crossclaim defendant.

### THIRD DEFENSE

And further answering, the crossclaim defendant says that he was not negligent and that no action on his part caused or contributed to the incident and damages alleged, and therefore the crossclaim plaintiff cannot recover from the crossclaim defendant.

## FOURTH DEFENSE

And further answering, the crossclaim defendant says that the plaintiff's alleged damages, if any, were caused by persons other than the crossclaim defendant, his agents, servants or employees, and the plaintiff's alleged damages, if any, were caused by persons for whose conduct the crossclaim defendant is not responsible, and therefore the crossclaim defendant is not liable to the crossclaim plaintiff.

WHEREFORE, the crossclaim defendant, ANTHONY M. BARONE d/b/a TONY BARONE PLUMBING AND HEATING, demands judgment against the crossclaim plaintiff and further demands that said action be dismissed.

AND, FURTHER, the crossclaim defendant, ANTHONY M. BARONE d/b/a TONY BARONE PLUMBING AND HEATING, claims a trial by jury on all the issues.

ANTHONY M. BARONE D/B/A
TONY BARONE PLUMBING ANDHEATING
BY HIS ATTORNEY:

_____
Peter A. Palmer, Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608
(508) 751-5115
BBO #551117

March 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the parties to this action by mailing a copy thereof, first class, postage prepaid, to the following counsel of record:

Patrick J. Loftus, III, Esquire          Philip T. Tierney, Esquire
9 Park Street, Suite 500                 John R. Callahan, Esquire
Boston, MA 02108                         22 Batterymarch Street, 4th Floor
                                         Boston, MA 02109

_____
Peter A. Palmer, Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608
(508) 751-5115
BBO #551117

March 9, 2005