UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10164-JLT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY as Subrogee of Russell Ray and Rebecca Ray, | ) ) ) |
| Plaintiff | ) ) |
| VS. | ) ) |
| RICHARD CUMBIE and TONY BARONE PLUMBING AND HEATING, | ) ) ) |
| Defendants | ) |

### ANSWER AND JURY CLAIM OF DEFENDANT RICHARD CUMBIE TO CROSSCLAIM OF CO-DEFENDANT ANTHONY M. BARONE d/b/a TONY BARONE PLUMBING and HEATING

#### COUNT I

1. The Defendant, Richard Cumbie, admits the allegations of paragraph 1.

2. The Defendant, Richard Cumbie, admits the allegations of paragraph 2.

3. The Defendant, Richard Cumbie, denies the allegations of paragraph 3.

4. The Defendant, Richard Cumbie, denies the allegations of paragraph 4.

#### FIRST AFFIRMATIVE DEFENSE

Count I fails to state a claim upon which relief can be granted.

#### SECOND AFFIRMATIVE DEFENSE

Count I fails to state a claim upon which relief can be granted insofar as it asserts a theory of liability premised on indemnity as there was no contractual relationship between Anthony M. Barone d/b/a and Richard Cumbie nor any special relationship.

1

## ADDITIONAL AFFIRMATIVE DEFENSES

Defendant, Richard Cumbie, incorporates herein by reference his affirmative defenses previously pled to Plaintiff's Complaint.

WHEREFORE, the Defendant, Richard Cumbie, prays that the Defendant Anthony M. Barone d/b/a Tony Barone Plumbing and Heating's Crossclaim be dismissed, and that judgment enter for the Defendant, with costs.

THE DEFENDANT, RICHARD BARONE, DEMANDS A TRIAL BY JURY ON ALL ISSUES.

RICHARD CUMBIE
By his attorneys,

*FINNEGAN, UNDERWOOD,
RYAN & TIERNEY*

Philip T. Tierney
22 Batterymarch Street, 4th Floor
Boston, MA 02109
(617) 348-9200
BBO #498120

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 3/21/05

Philip T. Tierney

2