# United States District Court

DISTRICT OF   Massachusetts

**PLAINTIFF**
Federal Insurance Company
As Subrogee of Russell and Rebecca Ray

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**
Richard Cumbie and
Tony Barone Plumbing and Heating

CASE NUMBER:

## 05-10164JLT

**V. THIRD PARTY DEFENDANT**
Kenneth Cross and Glenn Speer

TO: (Name and address of Third Party defendant)
Glenn Speer, 12 Somerset Lane, Nantucket, MA  02554

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

**PLAINTIFF'S ATTORNEY** *(name and address)*

Patrick J. Loftus, III, Esquire
9 Park Street, Suite 500
Boston, MA  02108
(617) 723-7700

**DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY**
*(name and address)*  For Defendant Richard Cumbie:
John R. Callahan, Finnegan, Underwood, Ryan
& Tierney, 22 Batterymarch Street, 4th Floor,
Boston, MA  02109      (617) 348-9200
For Defendant Tony Barone Plumbing & Heating:
Peter A. Palmer, Esquire, Fuller, Rosenberg,
Palmer & Beliveau, 340 Main Street,
Worcester, MA  01608
(508) 755-5225

an answer to the third-party complaint which is herewith served upon you within ___ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK   SARAH A. THORNTON

(BY) DEPUTY CLERK

DATE   March 7, 2005

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE March 21, 2005 |
|---|---|
| NAME OF SERVER<br>    Richard M. Bretschneider | TITLE Nantucket County Sheriff |

*Check one box below to indicate appropriate method of service*

[xx] Served personally upon the third–party defendant. Place where served: _____
_____

[ ] Left copies thereof at the third–party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

[ ] Returned unexecuted:_____
_____
_____
_____

[ ] Other *(specify):*_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35.40 | TOTAL $35.40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___March 21, 2005___
            Date

Signature of Server
    Richard M. Bretschneider
Nantucket County Sheriff

Address of Server
    PO Box 419, 16 BRoad Street
    Nantucket, MA   02554

                                        fee: $35.40

CERTIFICATE OF SERVICE
I hereby certify that a true copy
of the above document was served upon
the attorney of record for each party
by mail/hand on___April 4, 2005___

            (John R. Callahan)

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.