AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

PLAINTIFF
Federal Insurance Company
As Subrogee of Russell and Rebecca Ray

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Richard Cumbie and
Tony Barone Plumbing and Heating

CASE NUMBER:

# 05-10164JLT

V. THIRD PARTY DEFENDANT

Kenneth Cross and Glenn Speer

TO: (Name and address of Third Party defendant)

Kenneth Cross, 13 Williard Street, Nantucket, MA  02554

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY *(name and address)*
Patrick J. Loftus, III, Esquire
9 Park Street, Suite 500
Boston, MA  02108
(617) 723-7700

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
*(name and address)* For Defendant Richard Cumbie:
John R. Callahan, Finnegan, Underwood, Ryan
& Tierney, 22 Batterymarch Street, 4th Floor
Boston, MA  02109    (617) 348-9200

For Defendant Tony Barone Plumbing & Heating:
Peter A. Palmer, Esquire, Fuller, Rosenberg,
Palmer & Beliveau, 340 Main Street,
Worcester, MA  01608
(508) 755-5225

an answer to the third-party complaint which is herewith served upon you within ___ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

SARAH A. THORNTON

_____
CLERK

March 7, 2005
_____
DATE

_____
(BY) DEPUTY CLERK

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE March 17, 2005 |
|---|---|
| NAME OF SERVER Richard M. Bretschneider | TITLE Nantucket County Sheriff |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the third–party defendant. Place where served: _____

[ ] Left copies thereof at the third–party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35.40 | TOTAL $35.40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___March 17, 2005___
Date

Signature of Server
Richard M. Bretschneider
Nantucket County Sheriff

Address of Server
16 Broad Street, PO Box 419
Nantucket, MA 02554

fee: $35.40

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on April 4, 2005

(John R. Callahan)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.