UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE CO., as Subrogee of Russell and Rebecca Ray,<br><br>            Plaintiff,<br><br>v.<br><br>RICHARD CUMBIE and TONY BARONE PLUMBING AND HEATING,<br>            Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>RICHARD TRAVAGLIONE, KENNETH CROSS and GLENN SPEER,<br>            Third-Party Defendants. | Civil Action No.<br>05-10164-JLT |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the third-party defendant, Glenn Speer.

May 2, 2005

"/s/"
_____
Andrew Weiner
B.B.O. #655170
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Boston, MA  02110
(617)654-8200

UNITED STATES DISTRICT COURT
DISTRIC OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE CO., as Subrogee of Russell and Rebecca Ray,<br><br>   Plaintiff,<br><br>v.<br><br>RICHARD CUMBIE and TONY BARONE PLUMBING AND HEATING,<br>   Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>RICHARD TRAVAGLIONE, KENNETH CROSS and GLENN SPEER,<br>   Third-Party Defendants. | Civil Action No.<br>05-10164-JLT |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for the third-party defendant, Glenn Speer.

May 2, 2005

              "/s/ Andrew R. Weiner"
              Andrew Weiner
              B.B.O. #655170
              Taylor, Duane, Barton & Gilman, LLP
              160 Federal Street
              Boston, MA  02110
              (617)654-8200