UNITED STATES DISTRICT COURT
DISTRIC OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE CO., as Subrogee of Russell and Rebecca Ray,<br><br>      Plaintiff,<br>v.<br><br>RICHARD CUMBIE and TONY BARONE PLUMBING AND HEATING,<br>      Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>RICHARD TRAVAGLIONE, KENNETH CROSS and GLENN SPEER,<br>      Third-Party Defendants. | Civil Action No.<br>05-10164-JLT |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter our appearance as counsel in this case for the third-party defendant, Glenn Speer.

May 2, 2005

"/s/ James J. Duane, III
James J. Duane, III
B.B.O. #136500
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Boston, MA 02110
(617)654-8200