UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE CO., as Subrogee of Russell and Rebecca Ray,<br><br>       Plaintiff,<br><br>v.<br><br>RICHARD CUMBIE and TONY BARONE PLUMBING AND HEATING,<br>       Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>RICHARD TRAVAGLIONE, KENNETH CROSS and GLENN SPEER,<br>       Third-Party Defendants. | Civil Action No.<br>05-10164-JLT |

**ASSENTED-TO MOTION OF THE THIRD-PARTY DEFENDANT, GLENN SPEER, TO EXTEND THE TIME TO ANSWER OR OTHERWISE RESPOND TO THE THIRD-PARTY COMPLAINT OF THE DEFENDANT/THIRD-PARTY PLAINTIFF, RICHARD CUMBIE**

The third-party defendant, Glenn Speer, respectfully moves, **with the assent of the defendants/third-party plaintiffs and the plaintiff,** to extend the time for him to answer or otherwise respond to the third-party Complaint of the defendant/third-party plaintiff, Richard Cumbie, up to and including May 18, 2005. Counsel for the defendant/third-party plaintiff, Richard Cumbie, assented to this motion on April 29, 2005. Counsel for the defendant/third-party plaintiff, Tony Barone Plumbing and Heating, assented to this motion on April 29, 2005. Counsel for the plaintiff, Federal Insurance Company, assented to this motion on May 2, 2005. In support thereof, the defendant states as follows:

1. The third-party Complaint of Mr. Cumbie was served on Glenn Speer on or about March 21, 2005;

2. Taylor, Duane, Barton & Gilman, LLP was asked to represent Mr. Speer on April 28, 2005;

3. This motion has been assented to by all parties who have entered an appearance in this case; and

4. The allowance of this motion will not prejudice any party.

WHEREFORE, the third-party defendant, Glenn Speer, respectively requests an extension up to and including May 18, 2005, to answer or otherwise respond to the third-party Complaint of the defendant/third-party plaintiff, Richard Cumbie.

| The Third Party Defendant, | The Plaintiff, |
|---|---|
| GLENN SPEER | FEDERAL INSURANCE COMPANY as Subrogee of Russell and Rebecca Ray |
| By his Attorneys, | By its Attorneys, |
| "/s/Andrew R. Weiner"<br>James J. Duane, III<br>B.B.O. # 136500<br>Andrew Weiner<br>B.B.O. #655170<br>Taylor, Duane, Barton<br>  & Gilman, LLP<br>160 Federal Street<br>Boston, MA 02110<br>(617) 654-8200 | "/s/ Patrick J. Loftus"<br>Patrick J. Loftus, III<br>Law Offices of Patrick Loftus<br>9 Park Street, 5th Floor<br>Boston, MA 02108<br>(617)723-7770 |
| The Defendant/Third-Party Plaintiff | The Defendant/Third-Party Plaintiff |
| TONY BARONE PLUMBING & HEATING | RICHARD CUMBIE |
| By its Attorney | By his Attorney, |
| "/s/Peter A. Palmer"<br>Peter A. Palmer<br>Fuller, Rosenberg, Palmer & Beliveau<br>340 Main Street, Suite 817<br>Worcester, MA 01608<br>(508)751-5115 | "/s/ John R. Callahan"<br>John R. Callahan<br>Finnegan, Underwood, Ryan & Tierney<br>22 Batterymarch Street, 4th Floor<br>Boston, MA 02109<br>(617)348-9200 |