## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FEDERAL INSURANCE COMPANY
as Subrogee of Russell and Rebecca Ray
                             Plaintiff

vs.

RICHARD CUMBIE

and

TONY BARONE PLUMBING AND HEATING
                             Defendants

CIVIL ACTION NO:
05-10164 JLT

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, Federal Insurance Company, is wholly owned (100%) by its parent, The Chubb Corporation.

Respectfully submitted,

_____
ROBERT M. CAPLAN, ESQUIRE
Cozen O'Connor
1900 Market Street, 3rd Floor
Philadelphia, PA 19103
215.665.4191
Attorneys for Plaintiff

Of Counsel:

Patrick J. Loftus, III, Esquire
9 Park Street, #500
Boston, MA 02108
617.723.7770
Local counsel for plaintiff

Dated: 4/27/05