**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of Russell Ray, et ux | 05-10164JLT |
| DEFENDANT /Third Party Plantiff TONY BARONE PLUMBING AND HEATING | TYPE OF PROCESS Civil Summons and Third Party Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Richard Travaglione   (508-325-4849)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 66 Surfside Road, Nantucket, MA  02554

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Peter A. Palmer, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA  01608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED U.S. MARSHALS SERVICE WORCESTER, MA  2005 MAR 21 P 2:04

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  Defendant/Third Party
TELEPHONE NUMBER: 508 751-5115
DATE: 3/18/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 038 | No. 038 | Ruth E May  3/28/05 | 3/21/05 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/28/05   Time: 12:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 405.00 | 35.04 + 92.50 | | 532.54 | — | 532.54 | |

REMARKS: Left copy at house. Spoke w/ Travaglione by telephone @ 4:00 pm. Travaglione accepted service. JMM

92 mi RT  $35.04
TRAVEL EXPENSES  $92.50
9 HRS

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

# United States District Court

UNITED STATES DISTRICT COURT _____ DISTRICT OF _____ MASSACHUSETTS

PLAINTIFF

FEDERAL INSURANCE COMPANY as subrogee of Russell and Rebecca Ray

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

TONY BARONE PLUMBING AND HEATING

CASE NUMBER:

05-10164JLT

V. THIRD PARTY DEFENDANT

RICHARD TRAVAGLIONE, KENNETH CROSS and GLENN SPEER

TO: (Name and address of Third Party defendant)

Richard Travaglione
66 Surfside Road
Nantucket, MA 02554

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Patrick Loftus, III, Esquire
9 Park Street, Suite 500
Boston, MA 02108

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Peter A. Palmer, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

SARAH A. THORNTON
CLERK

_Kimberly M. [signature]_
(BY) DEPUTY CLERK

DATE: March 7, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL INSURANCE COMPANY )
as Subrogee of Russell and Rebecca Ray )
 PLAINTIFF )
 )
 )
VS. ) CIVIL ACTION
 ) NO. 05-10164 JLT
 )
RICHARD CUMBIE )
 DEFENDANT & )
TONY BARONE PLUMBING AND HEATING )
 DEFENDANT/THIRD PARTY )
 PLAINTIFF )
 )
VS. )
 )
RICHARD TRAVAGLIONE )
KENNETH CROSS & )
GLENN SPEER )
 THIRD PARTY DEFENDANTS )

## THIRD PARTY COMPLAINT & CLAIM OF JURY TRIAL

### COUNT I

1. Third party plaintiff, ANTHONY M. BARONE d/b/a TONY BARONE PLUMBING AND HEATING, has a usual place of business in Nantucket, Nantucket County, Massachusetts.

2. Third party defendant, RICHARD TRAVAGLIONE, is an individual residing at 66 Surfside Road, Nantucket, Nantucket County, Massachusetts.

3. The third party plaintiff has been sued in the United States District Court for the District of Massachusetts, Civil Action No. 05-10164, by the plaintiff in said action who alleges that the negligence of the defendant/third party plaintiff caused the plaintiff's insured to suffer property damage.

4. If the plaintiff's insured suffered damages as alleged in the complaint, said damages were caused by the negligence of the third party defendant, RICHARD TRAVAGLIONE, his agents, servants or employees.

5. In the event a finding or judgment enters in favor of the plaintiff, FEDERAL INSURANCE COMPANY, Subrogee, against the defendant/third party plaintiff, ANTHONY M. BARONE D/B/A TONY BARONE PLUMBING AND HEATING, then the third party defendant, RICHARD TRAVAGLIONE, is liable to indemnify the third party plaintiff or in the alternative, is liable to the third party plaintiff as a joint tortfeasor.

## COUNT II

6. Third party plaintiff, ANTHONY M. BARONE d/b/a TONY BARONE PLUMBING AND HEATING, has a usual place of business in Nantucket, Nantucket County, Massachusetts.

7. Third party defendant, KENNETH CROSS, is an individual residing at 292 4th Street South, Naples, Florida.

8. The third party plaintiff has been sued in the United States District Court for the District of Massachusetts, Civil Action No. 05-10164, by the plaintiff in said action who alleges that the negligence of the defendant/third party plaintiff caused the plaintiff's insured to suffer property damage.

9. If the plaintiff's insured suffered damages as alleged in the complaint, said damages were caused by the negligence of the third party defendant, KENNETH CROSS, his agents, servants or employees.

10. In the event a finding or judgment enters in favor of the plaintiff, FEDERAL INSURANCE COMPANY, Subrogee, against the defendant/third party plaintiff, ANTHONY M. BARONE D/B/A TONY BARONE PLUMBING AND HEATING, then the third party defendant, KENNETH CROSS, is liable to indemnify the third party plaintiff or in the alternative, is liable to the third party plaintiff as a joint tortfeasor.

## COUNT III

11. Third party plaintiff, ANTHONY M. BARONE d/b/a TONY BARONE PLUMBING AND HEATING, has a usual place of business in Nantucket, Nantucket County, Massachusetts.

12. Third party defendant, GLENN SPEER, is an individual residing at 12 Somerset Lane, Nantucket, MA.

13. The third party plaintiff has been sued in the United States District Court for the District of Massachusetts, Civil Action No. 05-10164, by the plaintiff in said action who alleges that the negligence of the defendant/third party plaintiff caused the plaintiff's insured to suffer property damage.

14. If the plaintiff's insured suffered damages as alleged in the complaint, said damages were caused by the negligence of the third party defendant, GLENN SPEER, his agents, servants or employees.

15. In the event a finding or judgment enters in favor of the plaintiff, FEDERAL INSURANCE COMPANY, Subrogee, against the defendant/third party plaintiff, ANTHONY M. BARONE D/B/A/ TONY BARONE PLUMBING AND HEATING, then the third party defendant, GLENN SPEER, is liable to indemnify the third party plaintiff or in the alternative, is liable to the third party plaintiff as a joint tortfeasor.

WHEREFORE, the third party plaintiff, ANTHONY M. BARONE D/B/A TONY BARONE PLUMBING AND HEATING, demands judgment against the third party defendants for whatever amount the plaintiff, FEDERAL INSURANCE COMPANY, may recover in its action against the defendant.

AND FURTHER, the third party plaintiff, ANTHONY M. BARONE D/B/A TONY BARONE PLUMBING AND HEATING, claims a trial by jury on all the issues.

ANTHONY M. BARONE D/B/A
TONY BARONE PLUMBING AND HEATING
BY HIS ATTORNEY:

_____
Peter A. Palmer, Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608
(508) 751-5115
BBO #551117

March 2, 2005