UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
FEDERAL INSURANCE CO., as Subrogee of Russell )
and Rebecca Ray,                              )
                                              )   Civil Action No.
          Plaintiff,                          )   05-10164-JLT
                                              )
v.                                            )
                                              )
RICHARD CUMBIE and TONY BARONE                )
PLUMBING AND HEATING,                         )
          Defendants/Third-Party Plaintiffs,  )
                                              )
v.                                            )
                                              )
RICHARD TRAVAGLIONE, KENNETH CROSS            )
and GLENN SPEER,                              )
          Third-Party Defendants.             )
_____

**ANSWER OF THE THIRD-PARTY DEFENDANT, GLENN SPEER, TO THE THIRD-PARTY COMPLAINT OF THE DEFENDANT/THIRD-PARTY PLAINTIFF, RICHARD CUMBIE**

1. Paragraph 1 of the third-party complaint does not call for an answer, and therefore none is provided.

2. The third-party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 2 of the third-party complaint.

3. The third-party defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 3 of the third-party complaint.

4. The third-party defendant admits the allegations set forth in Paragraph 4 of the third-party complaint.

5. The third-party defendant admits only that the plaintiff has filed a complaint against the defendant/third-party plaintiff, Richard Cumbie. The remainder of Paragraph 5 of the third-party complaint purports to characterize the allegations contained in the complaint. The complaint speaks for itself, and the third-party defendant is not required to respond to characterizations of its substance.

6. Paragraph 6 of the third-party complaint does not call for an answer, and therefore none is provided.

7. The third-party defendant denies the allegations set forth in Paragraph 7 of the third-party complaint insofar as the allegations relate to this third-party defendant. To the extent that the allegations do not relate to this third-party defendant, the third-party defendant provides no response.

8. The third-party defendant denies the allegations set forth in Paragraph 8 of the third-party complaint insofar as the allegations relate to this third-party defendant. To the extent that the allegations do not relate to this third-party defendant, the third-party defendant provides no response.

WHEREFORE, the third-party defendant denies that the defendant/third-party plaintiff is entitled to any relief from this third-party defendant whatsoever.

## AFFIRMATIVE DEFENSES

Having denied each and every allegation not specifically admitted to above, the third-party defendant, Glenn Speer, for his affirmative defenses, states as follows:

### FIRST AFFIRMATIVE DEFENSE

The third-party defendant states that the third-party plaintiff's complaint fails to set forth facts constituting a cause of action, and therefore the third-party plaintiff cannot maintain this action.

### SECOND AFFIRMATIVE DEFENSE

The third-party defendant states that the third-party plaintiff's alleged damages, if any, were caused by persons other than the third-party defendant, its agents, servants or employees, and the third-party plaintiff's alleged injuries, if any, were caused by persons for whose conduct the said third-party defendant is not responsible, and therefore the third-party defendant is not legally responsible.

### THIRD AFFIRMATIVE DEFENSE

The third-party defendant states that the third-party plaintiff's complaint is subject to dismissal because of insufficiency of process.

### FOURTH AFFIRMATIVE DEFENSE

The third-party defendant states that the third-party plaintiff's complaint is subject to dismissal because of insufficiency of service of process.

### FIFTH AFFIRMATIVE DEFENSE

The third-party defendant states that the third-party plaintiff's complaint is barred under the theory of estoppel.

### SIXTH AFFIRMATIVE DEFENSE

The third-party defendant states that the third-party plaintiff's complaint is barred under the theory of waiver.

### SEVENTH AFFIRMATIVE DEFENSE

The third-party defendant states that the third-party plaintiff would be unjustly enriched were relief granted in this case.

### EIGHTH AFFIRMATIVE DEFENSE

The third-party defendant states that the case is not ripe for hearing, and should be dismissed as premature.

### NINTH AFFIRMATIVE DEFENSE

The third-party defendant states that the third-party plaintiff does not have clean hands, and therefore cannot recover.

### TENTH AFFIRMATIVE DEFENSE

The third-party defendant states that if the third-party plaintiff suffered damages as alleged, then it may have been caused by the plaintiff and/or third-party plaintiff's own contributory negligence, and any recovery by the third-party plaintiff should, therefore, be reduced by the proportion of their contributory negligence.

### ELEVENTH AFFIRMATIVE DEFENSE

The third-party defendant states that if the third-party plaintiff suffered damages as alleged, then they may have been caused by the plaintiff and/or third-party plaintiff's own comparative negligence, and any recovery by the third-party plaintiff should, therefore, be reduced by the proportion of their comparative negligence.

## TWELFTH AFFIRMATIVE DEFENSE

The third-party defendant states that the third-party complaint should be dismissed for lack of subject matter jurisdiction.

## THIRTEENTH AFFIRMATIVE DEFENSE

The third-party defendant hereby incorporates as if expressly stated herein the affirmative defenses asserted in the third-party plaintiff's answer to the plaintiff's complaint.

## THE THIRD-PARTY DEFENDANT DEMANDS A TRIAL BY JURY.

The Third-Party Defendant,
Glenn Speer,

By his attorneys,

_____
James J. Duane, III
B.B.O. #136500
Andrew R. Weiner
B.B.O. #655170
TAYLOR, DUANE, BARTON
 & GILMAN, LLP
160 Federal Street
Boston, MA 02110
Tel. (617) 654-8200
FAX (617) 482-5350