**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of Russell Ray et ux | 05-10164 JLT |
| DEFENDANT /Third Party Plaintiff | TYPE OF PROCESS |
| TONY BARONE PLUMBING AND HEATING | Civil Summons with Third Party Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kennth Cross

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
292 - 4th Street, South - Naples, FL.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Peter A. Palmer, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF (Defendant/Third Party) ☐ DEFENDANT
TELEPHONE NUMBER: 508 751-5115
DATE: 3/18/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: 038
District to Serve: 018
Signature of Authorized USMS Deputy or Clerk: Ruth E. May
Date: 4/5/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 4/29/05   Time: 12:26 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 34.02 | 8.00 | 132.02 | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    **FORM USM-285 (Rev. 12/15/80)**

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS_____

**PLAINTIFF**

FEDERAL INSURANCE COMPANY, as subrogee
of Russell and Rebecca Ray,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**
TONY BARRONE PLUMBING AND HEATING

CASE NUMBER:

05-10164JLT

**V. THIRD PARTY DEFENDANT S**
RICHARD TRAVAGLIONE, KENNETH CROSS
and GLENN SPEER

TO: (Name and address of Third Party defendant)   Kenneth Cross
292 4th Street, South
Naples, FL

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Patrick Loftus, III, Esquire
9 Park Street, Suite 500
Boston, MA  02108

**DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY**
(name and address)
Peter A. Palmer, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA  01608

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

SARAH A. THORNTON
_____
CLERK

_March 7, 2005_
_____
DATE

_[signature]_
(BY) DEPUTY CLERK

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 4-29-05 |
| NAME OF SERVER Donald D Johnson | TITLE D.S.O. |

Check one box below to indicate appropriate method of service

[X] Served personally upon the third-party defendant. Place where served: 292 4th Street South Naples, Fl

[ ] Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-29-05
              Date

Signature of Server

2110 First Ft Myers Fl.
Address of Server
33901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.