UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

FEDERAL INSURANCE CO., as Subrogee of Russell )
and Rebecca Ray, )
                                            Plaintiff, )
v. )   Civil Action No.
   )   05-10164-JLT
RICHARD CUMBIE and TONY BARONE )
PLUMBING AND HEATING, )
         Defendants/Third-Party Plaintiffs, )
v. )
RICHARD TRAVAGLIONE, KENNETH CROSS )
and GLENN SPEER, )
         Third-Party Defendants. )

## CERTIFICATION OF COUNSEL AND PARTIES
## PURSUANT TO LOCAL RULE 16.1(D)(4)

We certify that we have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation and with regard to considering the resolution of this litigation through the use of alternative dispute resolution programs.

| | |
|---|---|
| The Third-Party Defendant, | The Defendant's Insurer, |
| Glenn Speer, | Western World Insurance Company, |
| By his Attorneys, | By its Claim Representative, |
| _/s/ A. R. W._ | _/s/ Harry Bagrier_ |
| James J. Duane, III | Harry Bagrier |
| B.B.O. #136500 | Claims Examiner  *Claims Consultant* |
| Andrew R. Weiner | WESTERN WORLD INSURANCE CO. |
| B.B.O. # 655170 | 400 Parson's Pond Drive |
| TAYLOR, DUANE, BARTON | Franklin Lakes, NJ 07417-2600 |
| & GILMAN, LLP | (201) 847-2801 |
| 160 Federal Street | |
| Boston, MA 02110 | |
| (617) 654-8200 | |