UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10164-JLT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br>as subrogee of RUSSELL and REBECCA RAY,<br><br>        Plaintiff<br><br>v.<br><br>TONY BARONE PLUMBING AND HEATING,<br>INC.,<br><br>        Defendant and Third Party Plaintiff<br><br>v.<br><br>RICHARD TRAVAGLIONE, KENNETH CROSS<br>and GLENN SPEER,<br><br>        Third Party Defendants | **NOTICE OF APPEARANCE** |

I, Mark J. Coltin, hereby enter my Appearance as counsel for Kenneth Cross, Third Party Defendant, in the above matter.

Respectfully submitted,

KENNETH CROSS

By his attorney,

_____
Mark J. Coltin, P.C.
BBO # 093160
101 Merrimac Street
P.O. Box 9601
Boston, MA  02114-9601
(617) 482-0060

Date: June 8, 2005

## CERTIFICATE OF SERVICE

I, Mark J. Coltin, counsel for Kenneth Cross, a Third Party Defendant in this action, hereby certify that on this 8th day of June, 2005, I caused a copy of the Motion to Dismiss Third Party Complaint Pursuant to Fed.R.Civ.P.12(B)6 and Notice of Appearance to be served on all counsel of record, as set forth below, by mailing a copy, first class mail, postage-prepaid of each such pleading:

Patrick J. Loftus, III, Esq.
9 Park Street—5th Floor
Boston, MA  02108

Robert M. Kaplan, Esq.
Daniel J. Luccaro, Esq.
Cozen & O'Connor
1900 Market Street
The Atrium -- Third Floor
Philadelphia, PA  19103

Peter A. Palmer, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street – Suite 817
Worcester, MA  01608

2

John R. Callahan, Esq.
Philip T. Tierney, Esq.
Finnegan, Underwood, Ryan & Tierney
22 Battery March Street –4th Floor
Boston, MA 02109

James J. Duane, III, Esq.
Andrew R. Winer, Esq.
Taylor, Duane, Barton & Gilman
160 Federal Street – 5th Floor
Boston, MA  02110

Executed on this _____ day of June, 2005.

_____
Mark J. Coltin