UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10164-JLT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, <br> as subrogee of RUSSELL and REBECCA RAY, <br><br> Plaintiff <br><br> v. <br><br> TONY BARONE PLUMBING AND HEATING, INC. <br><br> Defendant and Third Party Plaintiff <br><br> v. <br><br> RICHARD TRAVAGLIONE, KENNETH CROSS and GLENN SPEER, <br><br> Third Party Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO DISMISS THIRD PARTY COMPLAINT FILED AGAINST KENNETH CROSS PURSUANT TO FED.R.CIV.P. 12(b)(6)**

Kenneth Cross ("Cross"), a Third Party Defendant herein, hereby moves pursuant to Fed.R.Civ.P.12(b)(6) to dismiss the Third Party Complaint filed against him by Anthony M. Barone, d/b/a Tony Barone Plumbing and Heating, Inc. ("Barone"), since the Third Party Complaint fails to state a claim upon which relief can be granted.

In support of this Motion, Cross states that the Third Party Complaint fails to state a cause of action as to why Cross could be liable to Barone under any theory whatsoever. Cross incorporates by reference his Memorandum in Support of Motion to Dismiss filed herewith. For

the reasons set forth therein, the Third Party Complaint fails to state a claim upon which relief may be granted and the Third Party Complaint should therefore be dismissed.

### REQUEST FOR ORAL ARGUMENT

Cross hereby requests an Oral Argument be scheduled with regard to this Motion to Dismiss.

Respectfully submitted,
KENNETH CROSS

By his attorney,

_____
Mark J. Coltin, P.C.
BBO # 093160
101 Merrimac Street
P.O. Box 9601
Boston, MA 02114-9601
(617) 482-0060

Date: June ___, 2005

### CERTIFICATE OF SERVICE

I, Mark J. Coltin, counsel for Kenneth Cross, a Third Party Defendant in this action, hereby certify that on this ___ day of June, 2005, I caused a copy of the Motion to Dismiss Third Party Complaint Pursuant to Fed.R.Civ.P.12(b)6, Memorandum and Notice of Appearance to be served on all counsel of record, as set forth below, by mailing a copy, first class mail, postage-prepaid of each such pleading:

Patrick J. Loftus, III, Esq.
9 Park Street—5th Floor
Boston, MA  02108

Robert M. Kaplan, Esq.
Daniel J. Luccaro, Esq.
Cozen & O'Connor
1900 Market Street
The Atrium – Third Floor
Philadelphia, PA  19103

2

Peter A. Palmer, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street – Suite 817
Worcester, MA  01608



John R. Callahan, Esq.
Philip T. Tierney, Esq.
Finnegan, Underwood, Ryan & Tierney
22 Battery March Street –4th Floor
Boston, MA 02109

James J. Duane, III, Esq.
Andrew R. Winer, Esq.
Taylor, Duane, Barton & Gilman
160 Federal Street – 5th Floor
Boston, MA  02110

Executed on this ____ day of June, 2005.

_____
Mark J. Coltin