UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10164-JLT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br>as subrogee of RUSSELL and REBECCA RAY,<br><br>    Plaintiff<br>v.<br><br>TONY BARONE PLUMBING AND HEATING, INC.,<br><br>    Defendant and Third Party Plaintiff<br><br>v.<br><br>RICHARD TRAVAGLIONE, KENNETH CROSS and GLENN SPEER,<br><br>    Third Party Defendants | **CERTIFICATION PURSUANT TO LR. 7.1(A)(2)** |

    I, Mark J. Coltin, counsel for Kenneth Cross, Third Party Defendant herein, hereby certify pursuant to LR. 7.1(A)(2) that I have conferred with Peter A. Palmer, Esq., counsel for Tony Barone Plumbing and Heating, Inc. with regard to Kenneth Cross' Motion to Dismiss Third Party Complaint pursuant to Fed.R.Civ.P.12(b)6 in an attempt in good faith to resolve or narrow the issues presented by such Motion.

Respectfully submitted,

KENNETH CROSS

By his attorney,

Mark J. Coltin, P.C.
BBO # 093160
101 Merrimac Street
P.O. Box 9601
Boston, MA 02114-9601
(617) 482-0060

Date: June ___, 2005

### CERTIFICATE OF SERVICE

I, Mark J. Coltin, counsel for Kenneth Cross, a Third Party Defendant in this action, hereby certify that on this ___ day of June, 2005, I caused a copy of the Motion to Dismiss Third Party Complaint Pursuant to Fed.R.Civ.P.12(B)6 and Notice of Appearance to be served on all counsel of record, as set forth below, by mailing a copy, first class mail, postage-prepaid of each such pleading:

Patrick J. Loftus, III, Esq.
9 Park Street—5th Floor
Boston, MA 02108

Robert M. Kaplan, Esq.
Daniel J. Luccaro, Esq.
Cozen & O'Connor
1900 Market Street
The Atrium – Third Floor
Philadelphia, PA 19103

Peter A. Palmer, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street – Suite 817
Worcester, MA 01608

John R. Callahan, Esq.
Philip T. Tierney, Esq.
Finnegan, Underwood, Ryan & Tierney
22 Battery March Street –4th Floor
Boston, MA 02109

James J. Duane, III, Esq.
Andrew R. Winer, Esq.
Taylor, Duane, Barton & Gilman
160 Federal Street – 5th Floor
Boston, MA  02110

Executed on this _____ day of June, 2005.

Mark J. Colfin