# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY : <br> as Subrogee of Russell and Rebecca Ray : <br>                Plaintiff : <br> : <br>         vs. : <br> : <br> RICHARD CUMBIE and TONY BARONE PLUMBING : <br> AND HEATING : <br>         Defendants/Third-Party Plaintiffs : <br> : <br>         vs. : <br> : <br> RICHARD TRAVAGLIONE, KENNETH CROSS and : <br> GLENN SPEER : <br>         Third-Party Defendants : | CIVIL ACTION NO: <br> 05-10164 JLT |

## JOINT SCHEDULING CONFERENCE STATEMENT

The parties, through their undersigned counsel, hereby submit the following Joint Scheduling Conference Statement pursuant to this Court's Notice of Scheduling Conference dated March 24, 2005, and pursuant to Local Rule 16.1

I.    Nature of the Action

This is an action for property damage and other losses alleged to have been sustained by plaintiff's insureds, Russell and Rebecca Ray, homeowners who as a result of a water pipe fracture sustained significant water and related damages to their property located at 9 West Dover Street, Nantucket, Massachusetts on or about January 18, 2004. This is a diversity action pursuant to 28 USC § 1332. Plaintiff seeks damages in excess of $771,968.81, upon allegations of negligence and breach of warranty.

II.     Discovery Plan

Pursuant to FRCP 26(f) on Tuesday, May 31, 2005, all counsel of record discussed in good faith a discovery plan to govern the conduct of this case. The parties suggest the following schedule:

1) All written discovery to be served no later than August 1, 2005;

2) All responses to written discovery to be served no later than October 3, 2005;

3) All fact discovery to be completed no later than December 30, 2005;

4) All dispositive motions to be filed no later than February 15, 2006;

5) Plaintiffs' expert reports (in compliance with FRCP 26(a)(2)) to be served no later than October 30, 2005;

6) Defense expert reports (in compliance with FRCP 26(a)(2)) to be served no later than December 30, 2005;

7) All discovery to be completed no later than December 30, 2005; and

8) Early settlement conference to occur no later than November 10, 2005, with such additional conferences as are deemed advisable by the Court or by the request of the parties.

All parties have agreed in good faith on the referenced deadlines.

III.     Settlement

Plaintiff has presented written settlement demands to the defendants in compliance with Local Rule 16.1 and this Court's Notice of Scheduling Conference dated April 4, 2005. Defendants have represented that they are not in a position to consider settlement until written and oral discovery has taken place. The parties have agreed in concept to an early settlement conference to explore early resolution of the matter.

The undersigned counsel certify that they are authorized to affirm on behalf of their clients that they have conferred with their clients with a view to establishing a budget for

the cost of conducting the full course - and various alternative courses – of the litigation; and have considered the resolution of the litigation through the use of alternative dispute resolution programs, including an early settlement conference.

IV.     Magistrate Judge

At this time, all parties do not consent to trial by a Magistrate Judge.

V.      Miscellaneous

Defendants, Ken Cross and Richard Travaglione have been served with a third-party complaints. although no counsel of record has entered an appearance for either. Representatives of both defendants have contacted counsel indicating an intent to retain counsel and enter the litigation. This action is expected to occur by the June 13, 2005 Rule 16 Conference.

                Respectfully submitted,

                s/ Robert Caplan
                ROBERT M. CAPLAN, ESQUIRE
                DANIEL J. LUCCARO, ESQUIRE
                Cozen O'Connor
                1900 Market Street, 3rd Floor
                Philadelphia, PA 19103
                215.665.4191

                s/ Patrick Loftus
                PATRICK J. LOFTUS, III, ESQUIRE
                9 Park Street, #500
                Boston, MA  02108
                617.723.7770
                Counsel for Plaintiff

                s/ Philip Tierney
                PHILIP T. TIERNEY, ESQUIRE
                JOHN CALLAHAN, ESQUIRE
                Finnegan, Underwood, Ryan & Tierney
                22 Batterymarch Street, 4th Floor
                Boston, MA 02109
                Counsel for Richard Crumbie

        <u>s/ Peter Palmer</u>
        PETER A. PALMER, ESQUIRE
        Fuller, Rosenberg, Palmer & Beliveau, LLP
        340 Main Street, Suite 817
        Worcester, MA 01608
        Counsel for Tony Barrone Plumbing


        <u>s/ James Duane</u>
        JAMES J. DUANE, III, ESQUIRE
        ANDREW R. WEINER, ESQUIRE
        Taylor, Duane, Barton & Gilman, LLP
        10 Dorrance Street, Suite 700
        Providence, RI 02903
        Counsel for Glenn Speer

Dated: August 9, 2005