AO 458 (Rev. 5/85) Appearance

"FILED IN OPEN COURT"
6/13/05  ZL.

# United States District Court

DISTRICT OF MASSACHUSETTS

Federal Ins. Co.,
Schrogee Russell and
Rebecca Ray
V. Cumbie, et al
V. Travaglione, et al.

**APPEARANCE**

CASE NUMBER: 05-10164-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Richard Travaglione,
Third-Party Defendant

---

6-13-05
Date

Signature

Jonathan White
Print Name

99 Summer St., Suite 1140
Address

Boston    MA    02110
City         State      Zip Code

(617) 737-3975
Phone Number