UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY <br> as Subrogee of Russell and Rebecca Ray, <br>     Plaintiff, <br><br> v. <br><br> RICHARD CUMBIE and TONY BARONE <br> PLUMBING AND HEATING, <br>     Defendants and Third-Party <br>     Plaintiffs, <br><br> v. <br><br> RICHARD TRAVAGLIONE, KENNETH <br> CROSS, and GLENN SPEER, <br>     Third-Party Defendants. | Civil Action No. 05-10164-JLT |

ORDER

June 13, 2005

TAURO, J.

After the Scheduling Conference held on June 13, 2005, this court hereby orders that:

1. Plaintiff may depose: (1) Richard Cumbie, (2) Tony Barone or a representative of Tony Barone Plumbing and Heating, (3) Richard Travaglione, (4) Kenneth Cross, and (5) Glenn Speer;

2. Defendants and Third-Party Defendants may depose: (1) Russell Ray, (2) Rebecca Ray, (3) Douglas LaBrecht, (4) Nat Reader, (5) Sarah Blackwell, (6) a representative from the Nantucket Building Inspector's Office, (7) a representative from the Nantucket Plumbing Inspector's Office, and (8) the architect for the property at issue;

3.  The parties shall complete the abovementioned depositions by November 12, 2005;

4.  No additional discovery will be permitted without leave of this court; and

5.  A Further Conference is scheduled for November 21, 2005 at 10:00 a.m.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro  
United States District Judge