UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10164 JLT

FEDERAL INSURANCE COMPANY )
as Subrogee of Russell and Rebecca Ray )
    Plaintiff )
)
vs. )
)
RICHARD CUMBIE )
TONY BARONE PLUMBING AND HEATING )
    Defendants/Third Party Plaintiffs )
vs. )
)
RICHARD TRAVAGLIONE )
KENNETH CROSS and GLENN SPEER )
    Third Party Defendants )

### ANSWER AND CLAIM OF JURY TRIAL OF DEFENDANT, TONY BARONE PLUMBING AND HEATING TO COUNTERCLAIM OF DEFENDANT, RICHARD TRAVAGLIONE

1. The Counterclaim Defendant admits the allegation contained in Paragraph 1 of the Counterclaim.

2. The Counterclaim Defendant admits the allegation contained in Paragraph 2 of the Counterclaim.

3. The Counterclaim Defendant denies the allegations contained in Paragraph 3 of the Counterclaim.

4. The Counterclaim Defendant denies the allegations contained in Paragraph 4 of the Counterclaim.

### FIRST DEFENSE

And further answering, the counterclaim defendant says that the Counterclaim fails to set forth facts constituting a cause of action, and therefore the counterclaim plaintiff cannot recover.

### SECOND DEFENSE

And further answering, the counterclaim defendant says that the negligence of the counterclaim plaintiff caused or contributed to the incident and damages alleged, and therefore the counterclaim plaintiff cannot recover from the counterclaim defendant.

## THIRD DEFENSE

And further answering, the counterclaim defendant says that he was not negligent and that no action on his part caused or contributed to the incident and damages alleged, and therefore the counterclaim plaintiff cannot recover from the counterclaim defendant.

## FOURTH DEFENSE

And further answering, the counterclaim defendant says that the plaintiff's alleged damages, if any, were caused by persons other than the counterclaim defendant, his agents, servants or employees, and the plaintiff's alleged damages, if any, were caused by persons for whose conduct the counterclaim defendant is not responsible, and therefore the counterclaim defendant is not liable to the counterclaim plaintiff.

WHEREFORE, the counterclaim defendant, ANTHONY M. BARONE d/b/a TONY BARONE PLUMBING AND HEATING, demands judgment against the counterclaim plaintiff and further demands that said action be dismissed.

AND, FURTHER, the counterclaim defendant, ANTHONY M. BARONE d/b/a TONY BARONE PLUMBING AND HEATING, claims a trial by jury on all the issues.

ANTHONY M. BARONE D/B/A
TONY BARONE PLUMBING AND HEATING
By His Attorney:

_____
Peter A. Palmer, Esquire
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608
(508) 751-5115
BBO #551117

Dated: June 17, 2005

## CERTIFICATE OF SERVICE

      I, Peter A. Palmer, hereby certify that on the ____ day of June, 2005, I served the foregoing document by mailing a copy thereof, postage prepaid to the following counsel of record:

Attorneys for Plaintiff:
Patrick J. Loftus, III, Esquire
9 Park Street, Suite 500
Boston, MA  02108

Robert M. Caplan, Esquire
Daniel J. Luccaro, Esquire
Cozen and O'Connor
1900 Market Street, Third Floor
Philadelphia, PA   19103

Attorney for Defendant/
Crossclaim Plaintiff/
Crossclaim Defendant;
Counterclaim Defendant
Third Party Plaintiff, Tony Barone Plumbing & Heating
Peter A. Palmer, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608

Attorney for Defendant/
Crossclaim Plaintiff/
Crossclaim Defendant;
Third Party Plaintiff, Richard Cumbie
Philip T. Tierney, Esquire
John R. Callahan, Esquire
Finnegan, Underwood, Ryan & Tierney
22 Batterymarch Street, 4th Floor
Boston, MA  02109

Attorney for Third Party Defendant,
Crossclaim Defendant
Glenn Speer
James J. Duane, III, Esquire
Andrew Weiner, Esquire
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Boston, MA  02110

Attorney for Third Party Defendant
Kenneth Cross
Mark J. Coltin, Esquire
101 Merrimac Street
Boston, MA  02114

Attorney for Third Party Defendant
Counterclaim Plaintiff
Richard Travaglione
Jonathan White, Esquire
Law Offices of Robert E. Noonan
99 Summer Street, Suite 1140
Boston, MA  02110

_____
Peter A. Palmer, Esquire