UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY )<br>as Subrogee of Russell and Rebecca Ray )<br>    Plaintiff )<br>)<br>vs. )<br>)<br>RICHARD CUMBIE )<br>TONY BARONE PLUMBING AND HEATING )<br>    Defendants/Third Party Plaintiffs )<br>vs. )<br>)<br>RICHARD TRAVAGLIONE )<br>KENNETH CROSS and GLENN SPEER )<br>    Third Party Defendants ) | CIVIL ACTION NO. 05-10164 JLT |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO THIRD PARTY DEFENDANT, KENNETH CROSS, ONLY

    The parties to the above-entitled action, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate that the Third Party Complaint of Tony Barone Plumbing and Heating in the above-captioned action be dismissed in its entirety as to all counts and claims, without prejudice and without interest and costs, as to the **third party defendant, Kenneth Cross, only**.

| | |
|---|---|
| Attorney for Third Party Plaintiff,<br>TONY BARONE PLUMBING<br>AND HEATING<br><br>_/s/ Peter A. Palmer_<br>Peter A. Palmer, Esquire<br>Fuller, Rosenberg, Palmer & Beliveau, LLP<br>340 Main Street, Suite 817<br>Worcester, MA 01608<br>(508) 751-5115<br>BBO #551117<br>Date: 7/26/05 | Attorney for Third Party Defendant,<br>KENNETH CROSS<br><br>_/s/ Mark J. Coltin (PAP)_<br>Mark J. Coltin, Esquire<br>Mark J. Coltin, P.C.<br>101 Merrimac Street<br>Boston, MA 02114<br>(617) 482-0060<br>BBO #093160<br>Date: 7/26/05 |

Attorney for Third Party Defendant
RICHARD TRAVAGLIONE

_____
*Jonathan White (PAF)*
Jonathan White, Esquire
Law Offices of Robert E. Noonan
99 Summer Street, Suite 1140
Boston, MA  02110
(617) 737-3975
BBO # 655571

Dated: _____7/26/05_____

Attorney for Third Party Defendant
GLENN SPEER

_____
*James J. Duane III (PAF)*
James J. Duane, III, Esquire
Taylor, Duane, Barton & Gilman, LLP
160 Federal Street
Boston, MA  02110
(617) 654-8200
BBO #136500

Date: _____7/26/05_____

Attorney for Plaintiff
FEDERAL INSURANCE COMPANY
as Subrogee of Russell and Rebecca Ray

_____
*Robert M Caplan (PAF)*
Robert M. Caplan, Esquire
Cozen and O'Connor
1900 Market Street, Third Floor
Philadelphia, PA   19103
(215) 665-4191

_____
*Patrick J Loftus (PAF)*
Patrick J. Loftus, III, Esquire
9 Park Street, Suite 500
Boston, MA  02108
(617) 723-7770
BBO #303310

Dated: _____7/26/05_____

Attorney for Defendant
RICHARD CUMBIE

_____
*Philip T Tierney (PAF)*
Philip T. Tierney, Esquire
Finnegan, Underwood, Ryan & Tierney
22 Batterymarch Street, 4th Floor
Boston, MA  02109
(617) 348-9200
BBO #498120

Date: _____7/26/05_____