UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE CO., as Subrogee of Russell and Rebecca Ray, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD CUMBIE and TONY BARONE PLUMBING AND HEATING, <br>    Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> RICHARD TRAVAGLIONE, KENNETH CROSS and GLENN SPEER, <br>    Third-Party Defendants. | Civil Action No. <br> 05-10164-JLT |

**UNOPPOSED MOTION OF THE THIRD-PARTY DEFENDANT, GLENN SPEER, FOR LEAVE OF COURT TO TAKE DEPOSITION OF <u>KEEPER OF RECORDS OF YATES GAS COMPANY</u>**

Pursuant to Paragraph 4 of the Court's Scheduling Order of June 13, 2005, a copy of which is attached hereto as Exhibit A, the third-party defendant, Glenn Speer, respectfully moves for leave of Court to take the deposition of the keeper of records of Yates Gas Company, 20 Arrowhead Drive, Nantucket, Massachusetts 02554. In support thereof, the third-party defendant states as follows:

1. In this subrogation action, the plaintiff, Federal Insurance Company, alleges that the defendants, Richard Cumbie and Tony Barone Plumbing and Heating, negligently performed building and plumbing services such that the pipes

    located in a residence insured by the plaintiff froze and burst on or about January 18, 2004, resulting in water damage to the property.

2. The defendants have brought third-party claims against Glenn Speer, Richard Travaglione, and Kenneth Cross. Mr. Speer was the caretaker at the property in question.

3. A material issue in this case concerns the amount of heat provided inside the subject property in the days and weeks leading up to the alleged freeze-up.

4. Upon information and belief, Yates Gas Company provided gas heat to the subject property during the time frame in question.

5. During a conference call on September 9, 2005, counsel for Mr. Speer advised counsel for all other parties in this action that he planned to move for leave of Court to take the deposition of the keeper of records of Yates Gas Company. Counsel for each of the parties stated that they would not oppose the motion.

6. No other party will be prejudiced by the allowance of this motion.

WHEREFORE, the third-party defendant, Glenn Speer, respectfully requests that this Court allow its motion for leave of Court to take the deposition of the keeper of records of Yates Gas Company.

The Third-Party Defendant,
Glenn Speer,

By his attorneys,

"/s/ Andrew R. Weiner"
James J. Duane, III
B.B.O. #136500
Andrew R. Weiner
B.B.O. #655170
TAYLOR, DUANE, BARTON
 & GILMAN, LLP
160 Federal Street
Boston, MA  02110
Tel. (617) 654-8200
FAX (617) 482-5350

## EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>as Subrogee of Russell and Rebecca Ray,<br>    Plaintiff,<br><br>v.<br><br>RICHARD CUMBIE and TONY BARONE<br>PLUMBING AND HEATING,<br>    Defendants and Third-Party<br>    Plaintiffs,<br><br>v.<br><br>RICHARD TRAVAGLIONE, KENNETH<br>CROSS, and GLENN SPEER,<br>    Third-Party Defendants. | *<br>*<br>*<br>*  Civil Action No. 05-10164-JLT<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER

June 13, 2005

TAURO, J.

After the Scheduling Conference held on June 13, 2005, this court hereby orders that:

1. Plaintiff may depose: (1) Richard Cumbie, (2) Tony Barone or a representative of Tony Barone Plumbing and Heating, (3) Richard Travaglione, (4) Kenneth Cross, and (5) Glenn Speer;

2. Defendants and Third-Party Defendants may depose: (1) Russell Ray, (2) Rebecca Ray, (3) Douglas LaBrecht, (4) Nat Reader, (5) Sarah Blackwell, (6) a representative from the Nantucket Building Inspector's Office, (7) a representative from the Nantucket Plumbing Inspector's Office, and (8) the architect for the property at issue;

3. The parties shall complete the abovementioned depositions by November 12, 2005;

4. No additional discovery will be permitted without leave of this court; and

5. A Further Conference is scheduled for November 21, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                                  /s/ Joseph L. Tauro
                                               United States District Judge