UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL INSURANCE CO.,            *
                                  *
        Plaintiff,                *
                                  *
                                  *   Civil Action No. 05-10164-JLT
        v.                        *
                                  *
                                  *
CUMBIE et al,                     *
                                  *
        Defendants.               *

ORDER

November 21, 2005

TAURO, J.

   After a Conference held on November 21, 2005, the Court hereby orders that:

1.   Discovery must be completed by January 31, 2006.

2.   A Final Pretrial Conference will be held on January 23, 2006 at 10:00 a.m.

   IT IS SO ORDERED.

                                          /s/ Joseph L. Tauro
                                          United States District Judge