UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No: 05 10164 JLT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY as Subrogee of Russell Ray and Rebecca Ray, | ) ) ) |
| Plaintiff | ) ) |
| VS. | ) ) |
| RICHARD CUMBIE and | ) ) |
| Defendant/Third-Party Plaintiff | ) ) |
| AND | ) ) |
| TONY BARONE PLUMBING and HEATING, | ) ) ) |
| Defendant | ) ) |
| VS. | ) ) |
| RICHARD TRAVAGLIONE, KENNETH CROSS and GLENN SPEER | ) ) ) |
| Third-Party Defendants | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO THE THIRD-PARTY COMPLAINT BY RICHARD CUMBIE AGAINST KENNETH CROSS AND AS TO THE COUNTERCLAIM BY KENNETH CROSS AGAINST RICHARD CUMBIE

The parties to the above-entitled action, pursuant to Fed.R.Civ.P.41(a)(1)(ii) and 41(c), hereby stipulate that the Third-Party Complaint by Richard Cumbie against Kenneth Cross and the Counterclaim by Kenneth Cross against Richard Cumbie be dismissed in their entirety as to all counts and claims, without prejudice and without interest and costs.

1

| | |
|---|---|
| KENNETH CROSS<br>By Third-Party Defendant's attorneys,<br><br>*/s/ Mark J. Coltin/sme*<br>Mark J. Coltin<br>Mark J. Coltin, P.C.<br>101 Merrimac Street<br>P.O. Box 9601<br>Boston, MA 02114<br>(617) 482-0060<br>BBO #093160 | RICHARD CUMBIE<br>By Defendant's attorneys,<br><br>*/s/ John R. Callahan*<br>John R. Callahan<br>Finnegan, Underwood, Ryan & Tierney<br>22 Batterymarch Street, 4th Floor<br>Boston, MA 02109<br>(617) 348-9200<br>BBO #641520 |
| FEDERAL INSURANCE COMPANY, As Subrogee of RUSSELL AND REBECCA RAY<br>By Plaintiff's attorneys,<br><br>*/s/ Robert M. Caplan/sme*<br>Robert M. Caplan<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2000 | TONY BARONE PLUMBING AND HEATING<br>By Defendant's attorneys,<br><br>*/s/ Peter A. Palmer/sme*<br>Peter A. Palmer<br>Fuller, Rosenberg, Palmer & Beliveau<br>340 Main Street<br>Worcester, MA 01608<br>(508) 755-5225<br>BBO #551117 |
| GLENN SPEER<br>By Third-Party Defendant's attorneys,<br><br>*/s/ Andrew R. Weiner/sme*<br>Andrew R. Weiner<br>Taylor, Duane, Barton & Gilman, LLP<br>160 Federal Street<br>Boston, MA 02110<br>(617) 654-8200<br>BBO #655170 | RICHARD TRAVAGLIONE<br>By Third-Party Defendant's attorneys,<br><br>*/s/ Jonathan M. White/sme*<br>Jonathan M. White<br>Law Offices of Robert E. Noonan<br>99 Summer Street, Suite 1140<br>Boston, MA 02110<br>(617) 737-3975<br>BBO #~~655571~~ 644571 |

DATED: 12/8/05

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the *Stipulation of Dismissal Without Prejudice as to the Third-Party Complaint by Richard Cumbie Against Kenneth Cross as to the Counterclaim by Kenneth Cross Against Richard Cumbie* upon all interested parties by mailing a letter, postage prepaid, containing a copy of same, directed to: Robert M. Caplan, Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103; Peter A. Palmer, Esquire, Fuller, Rosenberg, Palmer & Beliveau, 340 Main Street, Worcester, MA 01608; Mark J. Coltin, Esquire, Mark J. Coltin, P.C., 101 Merrimac Street, P.O. Box 9601, Boston, MA 02114; Andrew R. Weiner, Esquire, Taylor, Duane, Barton & Gilman, LLP, 160 Federal Street, Boston, MA 02110; and to Jonathan M. White, Esquire, 99 Summer Street, Suite 1140, Boston, MA 02110.

John R. Callahan
*FINNEGAN, UNDERWOOD,*
*RYAN & TIERNEY*
22 Batterymarch Street
Boston, MA 02109
(617) 348-9200
BBO #641520

DATED: December 12, 2005