UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as Subrogee of Russell and Rebecca Ray<br>           Plaintiff<br><br>vs.<br><br>RICHARD CUMBIE and TONY BARONE PLUMBING AND HEATING<br>           Defendants/Third-Party Plaintiffs<br><br>vs.<br><br>RICHARD TRAVAGLIONE, KENNETH CROSS and GLENN SPEER<br>           Third-Party Defendants | CIVIL ACTION NO:<br>05-10164 JLT |

## PLAINTIFF'S RULE 14(a) CLAIM AGAINST THIRD-PARTY DEFENDANT GLEEN SPEER

1.  On January 27, 2005, plaintiff filed a Complaint against defendants, Richard Cumbie ("Cumbie") and Tony Barone Plumbing and Heating ("Barone").

2.  Plaintiff's Complaint alleged *inter alia* that its insured's property was damaged as a result a the negligence of defendant Cumbie and/or defendant Barone.

3.  On March 4, 2005, defendant Barone filed a Third Party Complaint against third-party defendant Gleen Speer ("Speer").

4.  In its Third-Party Complaint, defendant/third-party plaintiff Barone alleged, *inter alia,* that the damages resulted from the negligence of third-party defendant Speer and seeks contribution and/or indemnification from him.

5.  If it is determined that plaintiff's damages were caused by the aforesaid conduct of third-party defendant Speer, so that third-party defendant alone is liable to the plaintiff, or is

2

jointly and severally liable with defendant/third-party plaintiff Barone and/or other parties for plaintiff's damages, plaintiff hereby makes a direct claim against the third-party defendant pursuant to Rule 14(a) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiff demands judgment in its favor and against third-party defendant Glenn Speer, in the amount Seven Hundred Seventy-One Thousand Nine Hundred Ninety Sixty-Eight Dollars and Sixty-One Cents ($771,968.61) together with interest and costs of this action.

Respectfully submitted,

FEDERAL INSURANCE COMPANY,

By its attorneys,

s/ Robert M. Caplan, Esquire
ROBERT M. CAPLAN, ESQUIRE
DANIEL J. LUCCARO ESQUIRE
Cozen O'Connor
1900 Market Street, 3rd Floor
Philadelphia, PA 19103
215.665.4191

Local Counsel:
Patrick J. Loftus, III, Esquire
9 Park Street, #500
Boston, MA  02108
617.723.7770