UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL INSURANCE COMPANY    *
as Subrogee of Russell Ray and    *
Rebecca Ray,    *
   *
       Plaintiff,    *       05-10164-JLT
   v.    *
   *
RICHARD CUMBIE,    *
   *
       Defendant/Third Party    *
       Plaintiff,    *
   *
   AND    *
   *
TONY BARONE PLUMBING and    *
HEATING,    *
   *
       Defendant,    *
   *
   v.    *
   *
RICHARD TRAVAGLIONE,    *
KENNETH CROSS and GLENN SPEER,    *
   *
       Third-Party Defendants.    *

<u>ORDER</u>

February 8, 2006

TAURO, J.

      After a Conference held on February 8, 2006, this court hereby orders that:

1.     Plaintiff may depose the following: (1) Russell Ray; (2) James Rogers; and (3) Steve

       Lindsay;

2.     All abovementioned depositions must be completed by February 28, 2006;

3.      Trial will begin on April 24, 2006, at 10:00 a.m.; and

4.      No other discovery will be permitted without leave of this Court.


        IT IS SO ORDERED.


                                                    /s/ Joseph L. Tauro
                                                United States District Judge