UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FEDERAL INSURANCE COMPANY**
    **Plaintiff,**

    **V**                    **CA 05-10164-JLT**

**RICHARD CUMBIE, ET AL,**
   **Defendant.**

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

   The court having been advised on April 5, 2006 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **60** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                                Zita Lovett
                                                  /s/
                                                _____
                                                **Deputy Clerk**

**April 5, 2006**